FILED
September 7, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHELLE ORTEGA,<br><br>　　　　　Defendant. | Case No. 2:22-mj-0128 AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MICHELLE ORTEGA</u> Case No. <u>2:22-mj-0128 AC</u> Charges <u>18 USC §3606</u> from custody for the following reasons:

　　__x__　Release on Personal Recognizance

　　_____　Bail Posted in the Sum of $ _____

　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　_____　Appearance Bond with 10% Deposit

　　　　　_____　Appearance Bond with Surety

　　　　　_____　Corporate Surety Bail Bond

　　　　　_____　(Other): __

Issued at Sacramento, California on September 7, 2022 at 2:00 PM

　　　　　　　　　　　　　　By:　*Allison Claire*
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE